1    WO

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8    United States of America,            )
                                           )
9                    Plaintiff,            )        No. 08-00386 M
                                           )
10   v                                     )
                                           )
11                                         )        **ORDER**
                                           )
     Marco Antonio Flores,                 )
12                                         )
                     Defendant,            )
13   _____     )

14           HAVING considered the Motion of the Defendant to allow the Government

15   additional time under the Speedy Trial Act to file an indictment, together with the

16   Government's Response, the Court notes defense counsel fails to set forth the nature of the

17   charge against his client within his Motion to Extend Time for Indictment.

18           **IT IS ORDERED denying without prejudice** Defendant's Motion.  (docket # 5)

19           The last day within which the Government may indict the defendant remains

20   October 9, 2008.

21           DATED this 17th day of September, 2008.

22

23                                      Lawrence O. Anderson
                                        United States Magistrate Judge
24

25

26

27

28